UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Magistrate No.** |
| | : | |
| **LINDSAY MEADE,** | : | |
| | : | **VIOLATION: 18 U.S.C. § 656** |
| Defendant. | : | **(Bank Embezzlement)** |

# I N F O R M A T I O N

The United States informs the Court**:**

## COUNT ONE

I.   Introduction

At all times material to this Information:

     1.   Wachovia Bank was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

     2.   Defendant LINDSAY MEADE was employed as a teller from in or about December 2001 through in or about June 2004 at the Wachovia Bank branch, located at 1100 Connecticut Avenue, N.W., in this District.

3. From in or about July 2003 through in or about June 2004, in the District of Columbia, Defendant MEADE did knowingly, and with the intent to injure and defraud, embezzle money from Wachovia by on multiple occasions improperly taking cash belonging to Wachovia from the teller drawer to which she was assigned without permission and authority and using the money for her own benefit and use.

**(Bank Embezzlement, in violation of l8 U.S.C. § 656).**

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610

By: _____
PRECIOUS MURCHISON
Assistant United States Attorney
United States Attorneys Office
MD Bar
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-6080