# United States District Court   FILED

For the _____ DISTRICT OF _____ Columbia _____   DEC 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Lindsay Meade

WAIVER OF INDICTMENT

CASE NUMBER: 06-347

I, __Lindsay Meade__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __December 20, 2006__ prosecution by indictment and consent that the
                        Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer