**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEC 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :
                                  :
v.                                :     ~~Magistrate No.~~
                                  :     Criminal 06-347
LINDSAY MEADE,                    :
                                  :
        Defendant.                :

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, Defendant LINDSAY MEADE agrees and stipulates as follows:

Beginning in or about December 2001, through up to and including June 2004, Lindsay Meade worked as a teller at Wachovia Bank, located at 1100 Connecticut Avenue, N.W., in Washington, D.C. At all relevant times, Wachovia was a financial institution operating in the District of Columbia and elsewhere with deposits insured by the Federal Deposit Insurance Corporation.

At all times relevant to this matter, Defendant Meade was an employee-teller at Wachovia at its 1100 Connecticut Avenue, N.W. location - a Branch within the District of Columbia. Beginning in or about July 30, 2003, and continuing up to in or about June 2004, Defendant Meade executed a scheme to embezzle money, that is, United States currency, from Wachovia by using her position as a teller to gain access to cash and willfully embezzle, abstract, purloin and steal money by removing United States currency from her teller drawer and converting the money to her own use. On multiple occasions from in or about July 30, 2003, and continuing up to in or about June 2004, Defendant Meade willfully and knowingly took cash in increments of approximately $200, $400, $1,500, $1,500 and $1,000 from her teller drawer without the permission of Wachovia, and

converted the money for her own use.

On or about June 30, 2006, a Wachovia Investigator interviewed Defendant Meade after a cash shortage was discovered in Defendant Meade's teller drawer. Defendant Meade admitted that on multiple occasions she embezzled currency from Wachovia by removing substantial amounts of currency from her teller drawer and converted the money to pay for personal expenses, including the expenses associated with the repair of automobiles that had been damaged in an accident in which she was involved.

Through her scheme, Defendant Meade has caused the loss of at least $5,008.00 to Wachovia Bank.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
PRECIOUS MURCHISON
Assistant U.S. Attorney
MD Bar
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-6080

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: *December 20, 2006*          *[signature]*
                                    Lindsay Meade
                                    Defendant

I have discussed this Statement of Offense with my client, Ms. Meade. I concur with her decision to stipulate to this Statement of Offense.

Date: *12/20/06*          *[signature]*
                           Rita Bosworth, Esq.
                           Counsel for the Defendant