United States of America  
v.  
**Lindsay Marcia Meade**  
Defendant's name           Defendant's address           Defendant's phone no.

**UNITED STATES DISTRICT COURT**  
**FOR THE DISTRICT OF COLUMBIA**

Case No. **CR 06-347**

### YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** [X]
- **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
- [ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.
- [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.
- [ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

**FILED DEC 2 0 2006**  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

### YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

1) [ ] **SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of _____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000.

2) [X] **YOU ARE TO REPORT** — [X] weekly / other-specify   [ ] in person [X] by phone   TO   [ ] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000.   [ ] Your attorney

3) [X] **YOU ARE TO LIVE** — [X] at **Address Above**

4a) [ ] **YOU ARE TO WORK**
4b) [ ] **YOU ARE TO STUDY**

5) [ ] **YOU ARE TO STAY** — [ ] away from the complaining witness. [X] Within the D.C. area. "~~Smoke~~ ~~medium~~"

6) [X] **NARCOTICS** — RM C220, for Drug Eval, DC Superior CRT

7) [X] **OTHER CONDITION** — Surrender all passports to PSA / Do not apply for a passport. Comply with ~~Booking~~ ~~order~~

8) [X] **REARREST** — Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at **HWOB**

**NEXT DUE BACK:** in Courtroom **27A** at **2:00 PM** on **4/06/07**

**YOUR ATTORNEY:** Mr. Quint   208-7500

DEFENDANT'S SIGNATURE: [signed]  
WITNESSED BY: VAW   (title and agency) **DC PSA**

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

Date **12/20/06**   SO ORDERED [signed]   Signature of Judge

WHITE—TO COURT PAPERS  
BLUE—TO JUDGE  
GREEN—TO D.C. PRETRIAL SERVICES AGENCY  
CANARY—TO DEFENSE ATTORNEY  
PINK—TO U.S. ATTORNEY  
GOLDENROD—TO DEFENDANT